**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: | Chapter 13 |
| John Winston Bush, III | No.   11-41621 |
| Debtor | Hon.  Jacqueline P. Cox |

**NOTICE OF FILING OF AMENDED RESPONSE TO NOTICE OF FINAL CURE**

**To: See attached Service List**

PLEASE TAKE NOTICE that on July 19, 2016, I filed the attached <u>Amended Response to Notice of Final Cure</u>, a copy of which is hereby served upon you.

_____/s/ Ross Brand_____

**Certificate of Service**

The undersigned certifies that she served a copy of the Notice of Filing and <u>Amended Response to Notice of Final Cure</u> on the Debtor by depositing same in the United States mail at 65 E. Wacker Place, Chicago, Illinois 60601 at 5:00 p.m. with proper postage prepaid and via electronic notification on Nathan E. Curtis and Tom Vaughn on July 19, 2016.

_____/s/ Ross Brand_____

Ross Brand - Kluever & Platt, LLC
65 E. Wacker Place, Ste. 2300,
Chicago, IL 60601
312-201-6769

**This is an attempt to collect a debt.  Any information obtained will be used for that purpose.**

**SERVICE LIST**

John Winston Bush, III
502 E. 169th St.
South Holland, IL 60473

Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603

Nathan E. Curtis
Geraci Law L.L.C.
55 E. Monroe St. # 3400
Chicago, IL 60603